FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   OCT 07 2015   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUDI FITZGERALD,

        Plaintiff,

v.

MONSANTO COMPANY,

        Defendant.

Civil Action No. 2:15-cv-05494-SJF-GRB

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Judi Fitzgerald, by and through her undersigned counsel, hereby gives notice that the above-action against Defendant Monsanto Company is voluntarily dismissed without prejudice.

Dated: October 6, 2015
New York, New York

**WEITZ & LUXENBERG, P.C.**

    /s/ Maja Lukic
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
Fax: (212) 344-5461

Christopher B. Dalbey
cdalbey@weitzlux.com
1880 Century Park East
Suite 700
Los Angeles, CA 90067

*[Handwritten annotation:]* Based upon the plaintiff's representation and Notice of Voluntary Dismissal, the case is dismissed w/o prejudice, and the Clerk of the Court is directed to close the case.

SO ORDERED.

s/ Sandra J. Feuerstein
SANDRA J. FEUERSTEIN   10/7/15
U.S.D.J.